IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHEREEN BALL,

  Plaintiff,

v.                                                                                    CASE NO.:  3:16cv-259-CRS

NAVIENT SOLUTIONS, INC.,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Shereen Ball, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached a settlement of this matter.  Plaintiff will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

Respectfully submitted this 22nd day of August, 2017.

                                              /s/ Bernard R. Mazaheri
                                              Bernard R. Mazaheri
                                              Morgan & Morgan
                                              333 W Vine St Ste 1200
                                              Lexington, KY 40507
                                              Tele:  859-286-8368
                                              Email:  bmazaheri@forthepeople.com

## **CERTIFICATE OF SERVICE**

I hereby certify on this 22nd day of August, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

**Sessions, Fishman, Nathan & Israel, LLP**
Dayle Van Hoose, Esquire
  Email:  dvanhoose@sessions.legal
       evap@sessions.legal
3350 Buschwood Park Drive, Ste. 33618
Tampa, FL 33618
Tel:  813.890.2463
Fax:  866.466.3140
*Counsel for Defendant*

**Vedder Price (CA), LLP**
Lisa Simonetti, Esquire
  Email:  lsimonetti@vedderprice.com
       rlo@vedderprice.com
Christopher R. Ramos, Esquire
  Email:  cramos@vedderprice.com
1925 Century Park East, Ste. 1900
Los Angeles, CA 90067
Tel:  424.204.7700
Fax:  424.204.7702
*Counsel for Defendant*

**Morgan & Morgan**
Jared M. Lee, Esquire
20 N. Orange Avenue, Ste. 1600
Orlando, FL 32801
Tel:  407-418-2038
Email:  jlee@forthepeople.com
       mrathbun@forthepeople.com
*Counsel for Plaintiff*

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri, Esquire